118

**WESLEYAN COMPANY, INC., Appellant,**

v.

**John McHUGH, Secretary of The Army, Appellee.**

**No. 2009–1231.**

United States Court of Appeals, Federal Circuit.

Jan. 5, 2010.

Richard L. Moorhouse, Greenberg Traurig, LLP, of Washington, DC, argued for appellant. With him on the brief were L. James D'Agostino and David T. Hickey.

David A. Harrington, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director. Of counsel was Craig S. Clarke, United States Department of the Army, U.S. Army Legal Services Agency, Contract & Fiscal Law Division, of Arlington, Virginia.

MICHEL, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.